274 F.2d 827
 J. M. McDONALD COMPANY
v.
Clive J. LAY.
 No. 6230.
 United States Court of Appeals Tenth Circuit.
 Oct. 19, 1959.
 
 Appeal from the United States District Court for the District of Colorado.
 Don R. Evans and Wesley H. Doan, Denver, Colo., for appellant.
 Vincent A. Ross, Cheyenne, Wyo., and Bruce Ownbey, Denver, Colo., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on joint motion of the parties., D.C., 24 F.R.D. 36.